**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 2925 Disciplinary Docket No.3 |
| | : | |
| JOSEPH CICALA | : | No. 151 DB 2022 |
| | : | |
| | : | (Supreme Court of New Jersey, |
| | : | D-87 September Term 2021) |
| | : | |
| | : | Attorney Registration No. 73299 |
| | : | |
| | : | (Out of State) |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2023, upon consideration of the responses to a Notice and Order directing Respondent to provide reasons against the imposition of reciprocal discipline, Joseph Cicala is disbarred from the practice of law in the Commonwealth of Pennsylvania. Respondent shall comply with the provisions of Pa.R.D.E. 217.